plaintiffs by this action seek to exercise their option and terminate said right of way.

*Frank Hopkins* for appellants.

*Joseph M. Meatyard* for Hattie M. Hawkins et al., respondents.

*B. B. Aylesworth* for Elizabeth S. Seeley, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CRENSHAW ENGINEERING AND CONSTRUCTION CO., INC., Appellant, *v.* NEW YORK MUNICIPAL RAILWAY CORPORATION, Respondent.

LINDLEY M. GARRISON, as Receiver of NEW YORK MUNICIPAL RAILWAY CORPORATION, Respondent; ÆTNA CASUALTY AND SURETY COMPANY et al., Appellants, Impleaded with Another.

*Contract — action to recover upon quantum meruit — counterclaim for alleged breach of contract.*

*Crenshaw Eng. & Construction Co. v. N. Y. Munic. Ry. Corporation,* 209 App. Div. 893, affirmed.

(Argued May 12, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1924, which affirmed a judgment in favor of defendant receiver against the plaintiff entered upon a verdict directed by the court and reversed a judgment in favor of defendants, appellants, dismissing said receiver's counterclaim against them and directed judgment against them on said counterclaims. Initially the plaintiff, a contractor, sued the railway corporation and the receiver thereof to recover upon a *quantum meruit* for the claimed breach of a construction contract. About a year later the receiver brought a counter action against the contractor and the sureties on its performance bond, claiming damages for breach of contract against the contractor and against the sureties. These two actions were

consolidated by an order entered on the eve of a trial of the contractor's suit.

*John W. Hogan, Paul Bonynge* and *William H. Harding* for appellants.

*D. A. Marsh, George D. Yeomans* and *Trabue Carswell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JULIAN P. FAIRCHILD et al., as Receivers of ATLANTIC DOCK COMPANY, Appellants, *v.* UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Respondent.

*Wharves and piers — riparian rights — action to enjoin maintenance of ferry rack, bridges and structures alongside pier owned by plaintiffs.*

*Fairchild* v. *Union Ferry Co. of N. Y. & Brooklyn,* 212 App. Div. 823, affirmed.

(Argued May 13, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought to enjoin the defendant from maintaining a ferry rack, ferry bridges and other ferry structures alongside and in front of a bulkhead and pier owned by the plaintiffs at and near the foot of Hamilton avenue in the borough of Brooklyn and for the recovery of damages for maintenance of the structures complained of from 1916 to commencement of the action. Plaintiffs' claim was based upon the contention that the defendant had no right to maintain its rack in such close proximity to the side of the dock company's pier as to prevent the latter from using that side of the pier for the mooring of vessels or for any commercial purpose.

*Francis L. Durk* for appellants.
*George P. Hotaling* for respondent.